# ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: SARALAND, LLLP,         *
                               *    Case No. 314-050
    Debtor.                    *    (Bankr. Case No. 12-30113)

# O R D E R

On April 25, 2014, Mr. Lister W. Harrell filed a notice of appeal in the United States Bankruptcy Court in a Chapter 11 proceeding pertaining to the debtor, Saraland, LLLP. (See Bankr. Case No. 12-30113 (S.D. Ga. Mar. 29, 2012).) Mr. Harrell is a general partner of the debtor. (Bankr. Doc. No. 1, at 3.)

On April 24, 2014, the Bankruptcy Court entered an Order denying Mr. Harrell's motions to release funds and assets and his motions for appointment of counsel. (Bankr. Doc. No. 534.) The Bankruptcy Court also denied Mr. Harrell's Motion to Remove and Investigate the Trustee in a separate Order. (Bankr. Doc. No. 531.) Mr. Harrell's appeal from these Orders, dated April 25, 2014, was deficient in several respects, particularly in its failure to substantially conform to the Official Form for a notice of appeal and in his failure to pay the $298.00 filing fee. (See Bankr. Doc. No. 538.) Mr. Harrell was given seven days to cure the noted

deficiencies. (Id.) Mr. Harrell thereafter filed several documents seemingly related to his appeal in the Bankruptcy Court, but the documents failed to intelligibly designate contents for inclusion in the record on appeal or state the issues to be presented on appeal as required by Federal Rule of Bankruptcy Procedure 8006. (See Bankr. Doc. Nos. 547, 548, 559, 602 & 603.) On June 2, 2014, the appeal was docketed in this district court. Mr. Harrell had not paid the filing fee.

This Court informed Mr. Harrell that his appellant's brief was due by June 19, 2014. Mr. Harrell did not file a brief; indeed, he has never filed anything with this Court in the nearly six months the appeal has been pending.

The Court readily concludes that Mr. Harrell has not diligently prosecuted this appeal. He has not complied with procedural rules and has not paid the required filing fee. Accordingly, maintenance of this matter is not warranted. **IT IS ORDERED** that the appeal be **DISMISSED** for failure to prosecute.

**ORDER ENTERED** at Augusta, Georgia, this 9TH day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE